# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **LINDA J. TOMPKINS,** | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil Action No. 2:05-cv-00036** |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | **By:  Glen M. Williams** |
| **Commissioner of Social** | ) | **Sr. U. S. District Judge** |
| **Security,** | | |
| | | |
| **Defendant** | | |

This case was referred pursuant to the Honorable Pamela Meade

Sargent, United States Magistrate Judge, pursuant to 28 U.S.C.

§636(b)(1)(B).  The Magistrate Judge has filed a report recommending

that the Commissioner's Motion for Summary Judgment be granted.  No

objections to the Report and Recommendation have been filed.  It is

accordingly

### ADJUDGED AND ORDERED

that the plaintiff's motion for supplemental security income is hereby

DENIED; the Plaintiff's Motion for Summary Judgment is DENIED; the

Commissioner's Motion for Summary Judgment shall be and is hereby

GRANTED and the final decision of the Commissioner denying the

plaintiff's claim for supplemental security income benefits is AFFIRMED.

The Clerk is directed to send certified copies of this Order to all counsel of record.  This case is stricken from the docket.

ENTER:    This 16th day of May, 2006.


s/ Glen M. Williams
Senior United States District Judge